Deborah A. DOOLEY, Plaintiff–
Appellant,

v.

**MYLAN PHARMACEUTICALS,
INC., Defendant–Appellee,**

and

**Mylan Inc.; Mylan Bertek
Pharmaceuticals, Inc.,
Defendants.**

No. 14–1514.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 1, 2014.

Decided: Dec. 16, 2014.

Amended: Dec. 17, 2014.

Deborah A. Dooley, Appellant Pro Se. Larissa Cason Dean, James A. Walls, Joseph V. Schaeffer, Spilman, Thomas & Battle, PLLC, Morgantown, West Virginia, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah A. Dooley appeals the district court's orders and judgment granting summary judgment and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, while we grant Dooley leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Dooley v. Mylan Pharm., Inc.,* No. 1:13–cv–00001–IMK, 2014 WL 1761924 (N.D.W. Va. Apr. 1, 2014; Apr. 30, 2014). We deny Dooley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*